UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TERRENCE WORTHY                     :

       Plaintiff,                  Civil 05-2115 (DRD)

v.                                  :

CITY OF NEWARK, et al                         **O R D E R**

       Defendant.                  :


It appearing that witness David Coates having failed to comply with the subpoena served upon and accepted by himself on May 29, 2008 directing him to be present in Court on June 4, 2008;

It is on this 4th day of June 2008,

ORDERED that the Clerk of Court issue an arrest warrant.

                                           /s/ Dickinson R. Debevoise
                                           DICKINSON R. DEBEVOISE,
                                           U.S.S.D.J.