UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TERENCE WORTHY,                     :     Civ. Action No. 05-2115(DRD)
                                    :
    Plaintiff,                      :
                                    :
    v.                              :
                                    :
CITY OF NEWARK, et al.,             :
                                    :
    Defendants.                     :
                                    :

## VERDICT SHEET

1. Did Plaintiff prove by a preponderance of the evidence that one or more of the Defendants Lespier, Dudley, Smith and Furlow arrested Plaintiff in June 2003 without probable cause in violation of his Fourth Amendment rights?

                    Yes _____

                    No ___✓___

    If you answered "Yes" to the above question proceed to Questions 2 and 3, and 7-11. If you answered the above question "No" proceed to Questions 4.

2. Which of the Defendants Lespier, Dudley, Smith and Furlow arrested Plaintiff in June 2003 without probable cause in violation of his Fourth Amendment Rights?

            Lespier:   Yes _____   No _____

            Dudley:    Yes _____   No _____

            Smith:     Yes _____   No _____

            Furlow:    Yes _____   No _____

3. Did Plaintiff prove by a preponderance of the evidence that the violation of Plaintiff's right not to be arrested in violation of his Fourth Amendment right by any one or more of the four

officers was caused by a custom or practice of the City of Newark?

        Yes _____

        No _____

4. Did Plaintiff prove by a preponderance of the evidence that one or more of the Defendants Lespier, Dudley, Smith and Furlow maliciously prosecute Plaintiff in violation of his Fourth Amendment Rights?

        Yes _____

        No ✓

If you answered "Yes" to the above question proceed to Question 5, 6 and 7-11. If you answered the above Question "No" and also answered Question 1 "No," return your verdict sheet.

5. Which of the Defendants Lespier, Dudley, Smith and Furlow maliciously prosecuted Plaintiff in violation of his Fourth Amendment rights?

    Lespier:    Yes _____    No _____

    Dudley:    Yes _____    No _____

    Smith:    Yes _____    No _____

    Furlow:    Yes _____    No _____

6. Did Plaintiff prove by a preponderance of the evidence that the violation of Plaintiff's right not to be maliciously prosecuted in violation of his Fourth Amendment right by any one or more of the four officers was caused by a custom or practice of the City of Newark?

        Yes _____

        No _____

7. What amount would fairly and reasonably compensate Plaintiff for any injuries that he suffered as a result of the deprivation of his constitutional rights?

2

$ _____

8. If you answered either Question 2 or 5 "Yes" as to Defendant Lespier, is Plaintiff entitled to punitive damages against him?

Yes _____   No _____

If "Yes," in what amount? $ _____

9. If you answered either Question 2 or 5 "Yes" as to Defendant Dudley, is Plaintiff entitled to punitive damages against him?

Yes _____   No _____.   If "Yes," in what amount $ _____

10. If you answered either Question 2 or 5 "Yes" as to Officer Smith, is Plaintiff entitled to punitive damages against him?

Yes _____   No _____.   If "Yes," in what amount $ _____

11. If you answered either Question 2 or 5 "Yes" as to Officer Furlow, is Plaintiff entitled to punitive damages against him?

Yes _____   No _____.   If "Yes," in what amount $ _____

_____
FOREPERSON

Date: June ____, 2008

3