# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

TERENCE WORTHY                       :

            plaintiff,         :         05cv2115(DRD)

    vs.                              :

CITY OF NEWARK, et al              :         **JUDGMENT**

        defendant                    **ORDER**

    This action came on for trial before the Court and a jury, Honorable Dickinson R. Debevoise, United States District Judge, presiding, the issues having been duly tried; and

    The jury having duly rendered its verdict of no cause in favor of defendants;

    It is on this 20th day of June 2008,

    ORDERED and adjudged that a verdict of no cause be entered in favor of defendants.

    Further ORDERED that the Clerk of the Court is directed to close this case.

                                               /s/ Dickinson R. Debevoise

                                               Dickinson R. Debevoise, U.S.S.D.J.